WO/MEN'S ALLIANCE FOR MEDI-
CAL MARIJUANA; Michael Corral;
Valerie Corral, Plaintiffs–Appellants,

v.

UNITED STATES of America,
Defendant–Appellee.

No. 03–15062.

United States Court of Appeals,
Ninth Circuit.

Argued Sept. 17, 2003.

Submitted May 3, 2004.

Filed June 18, 2004.

Gerald F. Uelmen, Santa Clara, CA, for
appellants.

Mark T. Quinlivan, United States De-
partment of Justice, Washington, D.C., for
appellee.

Before: SCHROEDER, Chief Judge,
REINHARDT, and SILVERMAN, Circuit
Judges.

This matter was argued September 17,
2003. This court subsequently issued its
decision in *Raich v. Ashcroft*, 352 F.3d
1222 (9th Cir.2003), *petition for cert. filed*,
(U.S. April 20, 2004) (No. 03–1454), on
December 16, 2003. We vacated submis-
sion and ordered supplemental briefing.
This case was resubmitted as of May 3,
2004.

The issues in *Raich* may control the
outcome in this case. Accordingly, this
case is remanded for the district court to
reconsider after the Supreme Court has
completed its action in *Raich.*

IT IS SO ORDERED